IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK WILLIAMS,

    Plaintiff,

v.

HERTZ EQUIPMENT RENTAL CORP.,

    Defendant.

No. C 13-01981 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on **August 16, 2013**, at **1:30 p.m.**, in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1  *Management Statement*, which can be found on the Court's website located at

2  http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is

3  proceeding without counsel, the parties may file separate case management statements. Separate

4  statements my also address all of the topics set forth in the Standing Order referenced above. Any

5  request to reschedule the date of the conference shall be made in writing, and by stipulation if

6  possible, at least ten (10) calendar days before the date of the conference and must be based upon

7  good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the

8  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

9  corporations or other entities known by the parties to have either (1) financial interest in the subject

10 matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be

11 substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities

12 or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference

13 the pleading or document in which the disclosure was made. In this regard, counsel are referred to

14 the Court's Recusal Order posted on the Court website at the Judges Information link at

15 http://www.cand.uscourts.gov.

16   Discovery disputes may be referred to a Magistrate Judge. After the parties have met and

17 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up

18 to 12 pages of attachments may be added. The joint letter must be electronically filed under the

19 Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter

20 Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that

21 Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or

22 set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further

23 discovery matters shall be filed pursuant to that Judge's procedures.

24   **IT IS SO ORDERED.**

26 Dated: May 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK WILLIAMS,

    Plaintiff,

v.

HERTZ EQUIPMENT RENTAL CORP. et al,

    Defendant.

                                                    /

Case Number: CV13-01981 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Williams
403 Buttercup Creek Boulevard,
Apt.C-1
Cedar Park, TX 78613

Dated: May 10, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk